

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00484-CR

Arthur Lee **PARSONS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 85th Judicial District Court, Brazos County, Texas
Trial Court No. 11-02236-CRF-85
Honorable Jimmy Don Langley, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED, and counsel's motion to withdraw is GRANTED.

SIGNED June 11, 2014.

_____
Karen Angelini, Justice